| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

GREGORY WATKINS, §
 §
    Plaintiff, §
 §
versus § CIVIL ACTION NO. 1:21-CV-393
 §
INMATE TRUST FUND & PRISON MAIL, §
 §
    Defendant. §

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Gregory Watkins, proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for want of prosecution. The recommendation was based on Plaintiff's failure to comply with a court order.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge (#8) is **ADOPTED** as the opinion of the court. A final judgment will be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 27th day of October, 2021.

                                                       MARCIA A. CRONE
                                                      UNITED STATES DISTRICT JUDGE